[Civ. No. 9890. First Appellate District, Division One.—May 31, 1935.]

MARTIN E. RAY et al., Petitioners, v. CALIFORNIA HOME BUILDING LOAN COMPANY, etc., et al., Respondents.

Ellis, Lyman & Steindorf for Petitioners.

No appearance for Respondents.

THE COURT.— Ordinarily *mandamus* will not lie to compel a transfer of corporate stock; a suit in equity is the

proper remedy. There is nothing contained in the petition to show that this remedy is inadequate. (*Spangenberg* v. *Western Heavy Hardware & Iron Co.*, 166 Cal. 284 [135 Pac. 1127].) The petition is denied.